IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                               Cr. No. 10-20342-M1

RHONDA T. MAYWEATHER,

    Defendant.

MOTION FOR A MENTAL EVALUATION PURSUANT TO 18 U.S.C. SECTION 4241
AND MOTION TO CONTINUE CHANGE OF PLEA SETTING

    Comes now the Defendant, by and through undersigned counsel, and moves this Honorable Court for a mental examination of the defendant, to determine her mental competency to stand trial pursuant to 18 U.S.C. § 4241, and further, to determine if additional psychological treatment may be needed. In support whereof, the Defendant would state as follows:

1.     On Friday, November 3, 2011, Counsel for the Defendant was contacted by the Defendant. After this consultation, Counsel feared at that time, that the Defendant might harm herself.

2.     Counsel contacted AUSM Jeff Davis. Ms. Mayweather was placed on "suicide watch" as a result. Counsel again consulted with the Defendant, and remained concerned about her mental status and physical safety.

3.     This matter is set for a change of plea, however, Counsel believes that an evaluation, and determination if additional treatment is required, are necessary for her to effectively

represent her client. Note that Ms. Mayweather was also exhibiting erratic behavior when she was out of custody.

4. Undersigned counsel consulted with Assistant United States Attorney John Fabian, who did not oppose the motion, as long as the evaluation takes place in a Bureau of Prisons Facility.

For the foregoing reasons, counsel moves this Honorable Court for an in custody mental examination, and for an order that requires the United States Marshal Service to transport her to an appropriate facility for this evaluation, and return her to the West Tennessee Detention Facility when the evaluation has been completed. Further, Counsel requests that the scheduled change of plea be continued, and this matter be set for report/change of plea upon Defendant's return.

Respectfully Submitted,

STEPHEN B. SHANKMAN
Federal Defender

S/ MARY C. JERMANN-ROBINSON
Assistant Federal Defender
200 Jefferson Ave., Suite 200
Memphis, TN 38103
(901) 544-3895

**CERTIFICATE OF SERVICE**

I, Mary C. Jermann-Robinson, certify that I have this date delivered a true copy of the foregoing Motion to Mr. John Fabian, Assistant United States Attorney, Clifford Davis/Odell Horton Federal Office Building, Suite 800, 167 North Main Street, Memphis, Tennessee, 38103.
This 8th day of November 2011.

S/MARY C. JERMANN-ROBINSON
Assistant Federal Defender